# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL BISKUP;** § § **Plaintiff,** § § **vs.** § § **KELLY SERVICES, INC.** § § **Defendant.** § § | **Case No. 10 C 2:13-cv-00810** **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION FOR FILING OF A DOCUMENT UNDER SEAL

AND NOW, this ___ day of _____, 2013, the Court hereby GRANTS the Joint Motion for Filing of a Document Under Seal. The parties are granted leave to file the Settlement Agreement identified in the motion under seal with the Court.

IT IS SO ORDERED.

_____
McVERRY, T.